

# CHRIS DANIEL   01-15-00062-CR

### HARRIS COUNTY DISTRICT CLERK

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/15/2015 9:14:14 AM
CHRISTOPHER A. PRINE
Clerk

January 7, 2015

JOHN DANIEL BROOKS
SPN #00133763 2H1 01K
301 N SAN JACINTO
HOUSTON, TX 77002

Defendant's Name: JOHN DANIEL BROOKS

Cause No: 330063

Court: 263RD DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Defendant's Notice of Appeal on motion only- filed date: 12-24-14 Ruling Made:**
11-20-14
**Court of Appeals Assignment: First Court of Appeals**
**Appeal Attorney of Record: PRO-SE**
**Motion for New Trial Filed:**

Sincerely,

Lisa Arriaga
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P.O.Box 4651  Houston, Texas 77210-4651



CAUSE NO. 330063

THE STATE OF TEXAS

VS.

JOHN DANIEL BROOKS
(Name of Defendant)
AKA_____

IN THE 263rd DISTRICT COURT

OF HARRIS COUNTY, TEXAS

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Today, this the 19 Dec 2014, the defendant gives Notice of Appeal of the court's Order Denying DNA testing.

☒ The defendant also asks the court to set bail.

_____
Defendant (Signature)

BROOKS JOHN
Attorney / Defendant Pro Se (Print)

SPN 00133763 2H1
701 San Jacinto St.
Houston Tx 77002
City, State, Zip

N/A
Telephone Number / Fax Number

HARRIS COUNTY SHERIFF'S OFFICE JAIL
Name: BROOKS, JOHN DANIEL
SPN: 02133763  Cell: 2H
Street: 701 San Jacinto St
Houston, Texas 77002

*Legal Correspondence*

Mailed December 19, 2014

# LEGAL
# INDIGENT"



HCSO

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 77019  $ 000.48⁰
02 1W
0001374179DEC 22 2014

CHRIS DANIEL, HARRIS County Dist. Clerk
Harris County Criminal Justice Center
1201 FranKlin
Houston ~ Tx 77002

77002+1930

 

Cause No. **330063**

THE STATE OF TEXAS

v.

**BROOKS, JOHN DANIEL**, Defendant

IN THE **243** DISTRICT COURT

COUNTY CRIMINAL COURT AT LAW NO. _____

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

- ☐ is not a plea-bargain case, and the defendant has the right of appeal. [*or*]
- ☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]
- ☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]
- ☐ is a plea-bargain case, and the defendant has NO right of appeal. [*or*]
- ☐ the defendant has waived the right of appeal.

JAN 05 2014

_____
Judge

_____
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
Defendant

Mailing Address: _____

Telephone number: _____

Fax number (if any): _____

**FILED**
**Chris Daniel**
**District Clerk**
**JAN 05 2015**
Time: _____
**Harris County, Texas**
By _____
Deputy

_____
Defendant's Counsel

State Bar of Texas ID number: _____

Mailing Address: _____

Telephone number: _____

Fax number (if any): _____

\* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

CLERK

9/1/2011

# APPEAL CARD

ORDER DENYING POSTCONVICTION DNA
TESTING

#1

**Court** 263

1-19-15

**Cause No.** 330063

## The State of Texas
### Vs

BROOKS, JOHN DANIEL

11-20-14

**Date Notice
Of Appeal:** 12·24·2014

**Presentation:** Vol._____ Pg._____

**Judgment:** Vol._____ Pg._____

**Judge Presiding** JIM WALLACE

**Court Reporter**_____

**Court Reporter**_____

**Court Reporter**_____

**Attorney
on Trial** KELLY ANN SMITH

**Attorney
on Appeal** TBD

**Appointed**_____ **Hired**_____

**Offense** ATT COMMIT CAP MURDER

**Jury Trial** Yes_____ No ✓

**Punishment
Assessed** N/A

**Companion Cases
(If Known)** N/A

**Amount of
Appeal Bond** N/A

**Appellant
Confined:** Yes ✓ No_____

13/989

**Date Submitted
To Appeal Section** 1-5-15

**Deputy Clerk** WJONES